DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| 159P16 | State v. Ronald Perry, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-967) | Denied |
|---|---|---|---|
| 160A16 | Thomas A.E. Davis, Jr., Administrator of the Estate of Lisa Mary Davis (Deceased) v. Hulsing Enterprises, LLC, Hulsing Hotels NC Management Company, Hulsing Hotels North Carolina, Inc., Hulsing Hotels, Inc., d/b/a Crowne Plaza Tennis & Golf Resort Asheville and Mulligan's | 1. Defs' Notice of Appeal Based Upon a Dissent (COA15-368)<br><br>2. Defs' PDR As to Additional Issues | 1. —<br><br>2. Allowed |
| 165P16 | State v. Simaron Demetrius Hill | 1. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Def's *Pro Se* Motion for Peremptory Setting | 1. Dismissed<br><br>2. Dismissed as moot |
| 166P16 | State v. Jaahkii Quran Harris | 1. State's Motion for Temporary Stay (COA15-770)<br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/09/2016** Dissolved **08/18/2016**<br><br>2. Denied<br><br>3. Denied |
| 169P16 | State v. Matthew Chad Beaver | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1179) | Denied |
| 170P16 | State v. Dennis Sherwood Lewis | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-191)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |